IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KING MWASI, ) | No. C 15-02537 EJD (PR) |
| Plaintiff. ) | ORDER OF DISMISSAL |

On June 8, 2015, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 7/20/2015

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on July 8, 2015, after Plaintiff did not consent to proceed before a magistrate judge. (Docket No. 5.)

Order of Dismissal
02537Mwasi_dism-ifp&compl.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE KING MWASI,

          Plaintiff.

Case Number: CV15-02537 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/21/2015 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

King Mwasi T02518 4B-IL-52
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated:  7/21/2015

                                      Richard W. Wieking, Clerk
                                      /s/ Elizabeth C. Garcia, Deputy Clerk